**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:

PAMELA A STOKLOSA
1012 LAKES EDGE WAY
PICKERINGTON, OH  43147

Case No:     05-56723

Judge:       CHARLES M. CALDWELL

SSN(S):     XXX-XX-0287

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  November 29, 2010

/s/ Frank M. Pees
_____
Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| BRIAN HERZBERGER & ASSOC CO<br>125 W WATERLOO ST<br>CANAL WINCHESTER, OH  43110 | 0.53 |