## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
PAMELA A STOKLOSA  
1012 LAKES EDGE WAY  
PICKERINGTON, OH  43147

Case No:    05-56723

Judge:    CHARLES M. CALDWELL

SSN(S):    XXX-XX-0287

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   November 29, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

**Name and Address**

QUIK PAYDAY  
41 E 400 N # 327  
LOGAN, UT  84321

**Amount**

13.38